# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 15- 00195

VIVIANE RODRIGUES, Individually and on Behalf of Class Members,
Plaintiff,

v.

WINGS NETWORK;
WINGSNETWORK;
WINGSNETWORK.COM
WINGSNETWORKGLOBAL.COM
TROPIKGADGET;
SUCCESS WEALTH101, INC.;
GRUPO INTERNACIONAL;
SERGIO TANAKA;
VINICUS AGUIAR;
THAIS AGUIAR;
GEOVANI BENTO;
PRISCILA BENTO;
CARLOS LUIS DA SILVEIRA BARBOSA;
JP MORGAN CHASE BANK, N.A.;
WELLS FARGO BANK, N.A.; and
JOHN DOES 1-75 Who Acted as Agents for Wings Network,
Defendants.

**FIRST AMENDMENT TO THE COMPLAINT, JURY CLAIM AND REQUEST FOR CLASS ACTION CERTIFICATION**

The plaintiff amends her complaint by adding another defendant, Banco Commercial Portuguese, S.A., and by addition No. 2a) as follows:

21a)  The defendant, Banco Commercial Portuguese, S.A., is a banking company) incorporated in Portugal, with its executive office located at 7 Rua do Institutu Industrial, Lisbon, Portugal. At all times material hereto, the defendant, Banco Commercial Portugues S.A., provided banking services, maintained accounts, received and handled wire transfer of funds for the benefit of Wings and related parties.

Also by adding "Banco Commercial Portuguese, S.A." throughout the complaint where a cause of action is pled against the banking defendants.

> Respectfully submitted,
>
> VIVIANE RODRIGUES, Individually and
> On Behalf of Class Members, Plaintiff
>
> By her Attorney
>
> _/s/ Evans J. Carter_
> Evans J. Carter, Esq. (BBO #076560)
> Evans J. Carter, P.C.
> 860 Worcester Road, 2nd Floor
> P.O. Box 812
> Framingham, MA 01701
> (508) 875-1669
> ejcatty1@verizon.net

DATED: January 20, 2014

-2-