# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Aparecido de Miranda, et.al.<br>            Plaintiff | |
| V. | CIVIL ACTION<br><br>NO. 1:15-cv-10733-ADB |
| Wings Network, et. al.<br>            Defendant | |

## ORDER OF DISMISSAL

Burroughs, D. J.

In accordance with the Court's Order issued on October 24, 2017 [CM/ECF No. 84)], it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

October 24, 2017                             /s/ Mariliz Montes
   Date                                             Deputy Clerk